WHITEHILL, Respondent, v. MERCHANTS' REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Robert Whitehill, as receiver, etc., against the Merchants' Refrigerating Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PRATT, J., not voting.

In re WHITE'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) In the matter of the enforcement and collection of the inheritance tax upon the estate of Eliza T. White, deceased. No opinion. Order reversed. All concur.

WHITNEY, Appellant, v. WHITNEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Clara G. Whitney against W. Wallace Whitney. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of ADAMS, J. (36 N. Y. Supp. 891), delivered at special term.

WICKE, Respondent, v. ALBANY RY., Appellant. (Supreme Court Appellate Division, Third Department. May 5, 1896.) Action by August Wicke against the Albany Railway. No opinion. Judgment and order affirmed, with costs. All concur. HERRICK, and LANDON, JJ., not sitting.

In re WILLIAMS' WILL. (Supreme Court, Appellate Division, Third Department. April 27, 1896.) In the matter of the application to revoke the probate of the last will and testament of Deborah P. Williams, deceased. No opinion. Appeal dismissed, without costs. All concur.

In re WOLFF'S ESTATE. LEWIS, Appellant, v. RIDER, County Treasurer, Respondent. (Supreme Court, General Term, Fourth Department. December, 1895.) Petition of Morris S. Lewis for letters of administration upon the estate of Charles Wolff, deceased. No opinion. Decree or order reversed, with $10 costs and disbursements, payable out of the estate. Held, that the petitioner was a creditor of the deceased, within the provisions of section 2660 of the Code of Civil Procedure, and as such entitled to letters of administration in preference to the county treasurer.

WOODS, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Action by Anthony D. Woods against Patrick J. Gleason. No opinion. Order affirmed, with $10 costs and disbursements. All concur.